NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**OPEN TEXT S.A.,**
*Plaintiff - Appellant*

v.

**BOX, INC.,**
*Defendant - Cross-Appellant*

**CARAHSOFT TECHNOLOGY CORPORATION,**
*Defendant - Appellee*

15-1392, -1978

Appeals from the United States District Court for the Northern District of California in No. 3:13-cv-04910-JD, Judge James Donato.

**O R D E R**

The order disposing of the last motion subject to Fed. R. App. P. 4(a)(4) having been filed in the United States District Court for the Northern District of California, it is hereby,

ORDERED that appeal 15-1392 be, and the same hereby is, REACTIVATED effective September 4, 2015. The appellant's brief is due on October 5, 2015.

                                  FOR THE COURT

September 4, 2015                /s/ Daniel E. O'Toole
                                          Daniel E. O'Toole
                                          Clerk of Court

cc: Clerk's Office, United States District Court for the Northern District of California
Scott D. Baker
John Bovich
Thomas Joseph Friel Jr.
Sarah J. Guske
Doyle Bruce Johnson
James Christopher Martin
Lori R. Mason
Jonah D. Mitchell
Christine M. Morgan
Wayne O. Stacy