NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**OPEN TEXT S.A.,**
*Plaintiff-Appellant*

v.

**BOX, INC., CARAHSOFT TECHNOLOGY CORPORATION,**
*Defendants-Cross-Appellants*

2015-1392, -1978, -2052

Appeals from the United States District Court for the Northern District of California in No. 3:13-cv-04910-JD, Judge James Donato.

**ON MOTION**

**ORDER**

Upon consideration of Open Text S.A.'s unopposed motion to extend by 31 days, to November 5, 2015, the time to file its opening brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

<u>/s/ Daniel E. O'Toole</u>
Daniel E. O'Toole
Clerk of Court

s31