NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**OPEN TEXT S.A.,**
*Plaintiff-Appellant*

v.

**BOX, INC., CARAHSOFT TECHNOLOGY CORPORATION,**
*Defendants-Cross-Appellants*

2015-1392, -1978, -2052

Appeals from the United States District Court for the Northern District of California in No. 3:13-cv-04910-JD, Judge James Donato.

**ON MOTION**

**O R D E R**

The parties respond to this court's October 29, 2015 order and inform this court that the district court has disposed of a motion made pursuant to Federal Rule of Civil Procedure 60(a) and move to reactivate the above-captioned appeals and set a briefing schedule.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The above-captioned appeals are reactivated. The appellant's opening brief is due no later than 30 days from the date of filing of this order. The cross-appellants' opening brief is due no later than 60 days from the date that the appellant's brief is served.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s31